```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0083--CR (HRH)
                              "USA V SALLY BINKOWSKI"
                              DEF 1.1 BINKOWSKI, SALLY

              Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 07/06/99
             Closed: 01/21/00
No. of Defendants: 1
    MJ Case Number:
                AKA:
   Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
Needs interpreter: NO
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other



Counts re: DEF 1.1 BINKOWSKI, SALLY

Document           Count    Citation and Description                    Disposition
─────────          ─────    ────────────────────────                    ───────────
   1 -   1 INF       1      18:641.F THEFT OF PUBLIC MONEY (F)          Sentenced
                                                                        (35-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A99-0083--CR (HRH)
                       "USA V SALLY BINKOWSKI"
```

For all filing dates

```
Presiding Judge:    The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed:   07/06/99
          Closed:   01/21/00
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/06/99 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 07/08/99 | Issued: Summons. |
| 2 - 1 | 07/08/99 | [Re: DEF 1] JDR Minute Order re Arr set for 8/10/99 at 9:30 a.m. cc: USA, USM, USPO, S. Binkowski w/USM cy |
| 3 - 1 | 07/30/99 | Return of summons returned unexecuted 07/28/99. |
| 4 - 1 | 07/30/99 | [Re: DEF 1] JDR Minute Order vacating arr set for 08/10/99 & directing government to provide crt w/appropriate address w/in 30 days. cc: USA, USM |
| 5 - 1 | 08/02/99 | [Re: DEF 1] PLF 1 motion for issuance of arrest warrant. |
| NOTE - 2 | 08/04/99 | Issued WOA: |
| 5 - 2 | 08/04/99 | [Re: DEF 1] JDR Order granting motion for issuance of arrest warrant (5-1). |
| NOTE - 3 | 09/29/99 | Notation: USM notice of arrest of def arrested 9/27/99. |
| 6 - 1 | 09/30/99 | USM [Re: DEF 1] Return of WOA executed on 09/27/99. |
| 7 - 1 | 09/30/99 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr (held 9/29/99); Kevin McCoy appointed as cnsl; Bond set O/R; def released to Cordova Center; Status hrg re waiver of Indictment set for 10/8/99 at 4:00 p.m. cc: USA, FPD, USM, USPO |
| 8 - 1 | 09/30/99 | [Re: DEF 1] Financial Affidavit. |
| 9 - 1 | 09/30/99 | [Re: DEF 1] Order setting conditions of release; Bond set O/R; Def released to Cordova Center. cc: USA, FPD, USM, USPO |
| 10 - 1 | 09/30/99 | [Re: DEF 1] JDR Personal Recognizance Order. cc: USA, FPD, USM, USPO |
| 11 - 1 | 09/30/99 | [Re: DEF 1] Copy of JDR Order of Release to Cordova Center. cc: USA, FPD, USM, USPO |
| NOTE - 4 | 10/12/99 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 12 - 1 | 10/12/99 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re Hrg re: status of waiver of indictment/arr on indictment (held 10/8/99); Kevin McCoy appointed; plea not guilty; PTM's due 10/22/99; waiver of indictment fld. cc: USA, FPD, USM, USPO |
| 13 - 1 | 10/12/99 | [Re: DEF 1] Waiver of indictment. |
| 14 - 1 | 10/12/99 | [Re: DEF 1] Amended Order setting conditions of release. cc: USA, FPD, USM, USPO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A99-0083--CR (HRH)
                                "USA V SALLY BINKOWSKI"

                               For all filing dates

Document #    Filed      Docket text


   15 -  1   10/12/99    [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due due
                         10/22/99; cnsl to meet & confer by 10/13/99. cc: USA, FPD

   16 -  1   10/15/99    [Re: DEF 1] HRH Minute Order re TBJ set for 11/8/99 at 9:00 a.m. cc:
                         USA, FPD, USM, USPO, MJ Roberts, JC

   17 -  1   10/18/99    [Re: DEF 1] PLF 1 Certificate of discovery compliance.

   18 -  1   11/01/99    DEF 1 Notice of Intent to change plea.

   19 -  1   11/01/99    [Re: DEF 1] PLF 1 Plea Agreement.

   20 -  1   11/02/99    [Re: DEF 1] HRH Minute Order rescheduling 11/8/99 TBJ for a PCOP on
                         11/5/99 at 11:30. cc: USA, FPD, USM, PTS, JC, MJ Roberts

   21 -  1   11/08/99    [Re: DEF 1] HRH Court Minutes [ECR: Helen Gill] held 11/5/99, PCOP; pled
                         G to ct 1 of Info; IOS 1/20/99 at 8:30; TBJ vacated; conds of release
                         remain except that def may attend church services. cc: USA, USM, PTS,
                         FPD, JC, MJ Roberts

   22 -  1   11/10/99    DEF 1 motion for detention hearing w/att aff of cnsl.

   22 -  2   11/10/99    DEF 1 motion for shortened time re: 22-1 w/att aff of cnsl.

   23 -  1   11/12/99    [Re: DEF 1] JDR Order granting motion for detention hearing (22-1),
                         motion for shortned time re: 22-1 (22-2). Bail Hrg set for 11/15/99 at
                         2:00 p.m. cc: USA, FPD, USM, USPO

   24 -  1   11/15/99    DEF 1 motion for transportation from Anchorage to Togiak, AK.

   24 -  2   11/15/99    DEF 1 motion for shortened time re: 24-1.

   25 -  1   11/15/99    [Re: DEF 1] Amended Order setting conditions of release. cc: USA, FPD,
                         USM, USPO

   26 -  1   11/16/99    [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re Bail Review Hrg (Held
                         11/15/99); Def's request to modify cond's of release GRANTED; crt
                         GRANTED def's oral mot for transp; Cnsl for def to lodge for the crts
                         sig a proposed order. cc: USA, FPD, USM, USPO

   27 -  1   11/16/99    [Re: DEF 1] JDR Order granting motion for transportation from Anchorage
                         to Togiak, AK (24-1), motion for shortened time re: 24-1 (24-2). cc:
                         USA, FPD, USM, USPO

   28 -  1   01/03/00    DEF 1 motion for in district transportation from Togiak, Alaska to
                         Anchorage, Alaska for IOS on 01/20/00 w/att memo.

   29 -  1   01/05/00    [Re: DEF 1] HRH Order granting motion for in district transportation
                         from Togiak, Alaska to Anchorage (28-1). cc: USA, FPD, USM, PO

   30 -  1   01/12/00    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   31 -  1   01/13/00    DEF 1 Sentencing Memorandum.

   32 -  1   01/13/00    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   33 -  1   01/20/00    [Re: DEF 1] HRH Order gran oral motion for transportation fomr Anch, AK
                         to Togiak, AK; USM dircted to provide transp for def on 1/20/00 after

ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                         Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A99-0083--CR (HRH)
                              "USA V SALLY BINKOWSKI"

                               For all filing dates

 Document #    Filed    Docket text
 ──────────    ─────    ───────────
                        IOS hrg. cc: USA, FPD, USM, USPO

    34 -   1  01/21/00  [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re IOS (held
                        1/20/00); prob 36 mos; SA $100; Restitution $7,410.

    35 -   1  01/21/00  [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Information
                        (1-1); Prob 36 mos; SA $100; Restitution $7,410. cc: USA, FPD, USM,
                        USPO, MJ Roberts, FLU, S. Binkowski w/cnsls cy

    36 -   1  03/14/00  [Re: DEF 1] Parital Transcript of IOS held 01/20/00.

  NOTE -   5  05/09/00  [Re: DEF 1] Issued WOA.

    37 -   1  05/09/00  [Re: DEF 1] HRH Order and petition for probation violation, WOA &
                        petition for probation revocation is referred to MJ. cc: USA, USM, MJ
                        Roberts

  NOTE -   6  05/18/00  [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/9/00.

    38 -   1  05/19/00  [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re I/A on Petition to
                        Revoke Probation (held 5/19/00); Kevin McCoy apptd; def denied
                        allegations; matter referred to Judge Holland for an evidentiary hrg;
                        def released; def waived probable cause hrg. cc: USA, FPD, USM, USPO,
                        Judge Holland

    39 -   1  05/19/00  [Re: DEF 1] JDR Order of Release. cc: USA, FPD, USM, USPO

    40 -   1  05/19/00  [Re: DEF 1] Order setting conditions of release re Bond set at O/R. cc:
                        USA,  FPD, USM, USPO

    41 -   1  05/26/00  [Re: DEF 1] HRH Minute Order setting evidentiary hearing for 6/1/00 at
                        1:00. cc: USA, USM, PO, FPD, MJ Roberts

    42 -   1  06/05/00  [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re evident/dispo
                        hrg (hld 6/1/00) def admitted allegations 1,2,3; probation continued;
                        def is remanded to the custody of USM; violations 4 & 5 dismissed. cc:
                        USA, FPD, USM, USPO

    43 -   1  06/06/00  [Re: DEF 1] HRH Amended Judgment for modification of probation; def
                        admitted allegations 1,2 & 3; govt dismissed allegations 4 & 5; prob
                        modified as directed. cc: USA, FPD, USM, USPO, MJ Roberts, S. Binkowski
                        w/cnsls cy

    44 -   1  06/07/00  [Re: DEF 1] Copy of Order of Release. def to be released 6/10/00. cc:
                        USA, FPD, USM, USPO, MJ Roberts

    45 -   1  06/07/00  [Re: DEF 1] HRH Order for USM to transport def to Dillingham on 6/10/00.
                        cc: USA, FPD, USM

    46 -   1  06/09/00  [Re: DEF 1] USM Return of WOA executed 05/09/00.

    47 -   1  07/19/00  [Re: DEF 1] HRH Order setting status conference re: def's participation
                        in an alcoholism treatment program for 8/3/00 at 8:30; def may
                        participate telephonically. cc: USA, USM, PO, FPD

    48 -   1  08/03/00  [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] re Status Conf re:
                        Participation in Alcoholism Treatment Program (held 8/3/00); crt
                        directed def to re-enroll in treatment program on or about 10/15/00 &
                        complete program. cc: USA, FPD, USPO
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0083--CR (HRH)
                              "USA V SALLY BINKOWSKI"
```
                              For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 08/04/00 | [Re: DEF 1] HRH Order that w/understanding that as soon as a bed is available after 10/15/00, def will re-enroll in the substance abuse program at Jake's Place and will recommmence that program at it beginning, def may defer the required substance abuse program until the time specified.  cc: USA, FPD, USM, PO |
| 50 - 1 | 08/04/00 | [Re: DEF 1] HRH Second Amended Judgment for revocation of probation/ modification of supervised release; def's probation is modified as follows: def to re-enroll in Jake's Place treatment program on/or about after 10/15/00 and complet the program.  cc: USA, FPD, USM, PO |
| NOTE - 7 | 08/14/00 | Issued: writ of execution re: DEF 1 on PFD. |
| 51 - 1 | 08/14/00 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 52 - 1 | 10/18/00 | USM Return of writ on PFD in amount of $1953.86 executed 08/30/00 w/att exhs. |
| 53 - 1 | 11/09/00 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 54 - 1 | 11/30/00 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds (53-1). cc: USA, Finance |
| 55 - 1 | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD. |
| NOTE - 8 | 04/10/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 56 - 1 | 10/24/02 | USM Return of svc on writ of execution re: DEf 1 partially satisfying writ in the amt of $1,526.76 (receipt 00118804) on 4/18/02. |
| 57 - 1 | 11/21/02 | [Re: DEF 1] PLF 1 motion to release attached PFD funds |
| 58 - 1 | 12/10/02 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds in the amount of $1,526.76 (57-1). cc: USA, FPD, Finance |
| 59 - 1 | 01/10/03 | [Re: DEF 1] Faxed cy HRH Order and report extending probation for 2 years for a total term of 5 years (original received & attached 1/13/03). cc: PO |
| NOTE - 9 | 04/07/03 | Issued: writ of application re: DEF 1. |
| 60 - 1 | 04/07/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 61 - 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $1087.56 (receipt # 00121697) on 4/08/03. |
| 62 - 1 | 12/01/03 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amount of $1,087.56. |
| 63 - 1 | 12/30/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amount of $1,087.56 (62-1).  cc: AUSA FLU, FPD, FINANCE |
| NOTE - 10 | 04/15/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 64 - 1 | 04/15/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 65 - 1 | 11/02/04 | USM Return of svc on writ of execution re: DEF 1 on PFD on 11/02/04Crt in receipt of $905.84 (receipt# 00124384). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0083--CR (HRH)
                                    "USA V SALLY BINKOWSKI"

                                       For all filing dates

 Document #    Filed       Docket text
 ──────────    ─────       ───────────
    66 -   1  11/16/04     [Re: DEF 1] PLF 1 motion to release attached PFD funds.

    67 -   1  11/24/04     [Re: DEF 1] HRH Order granting motion to release attached PFD funds
                           (66-1).  cc: AUSA, FLU, FPD, Finance

    68 -   1  04/04/05     [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

  NOTE -  11  04/07/05     Issued: writ of execution re: DEF 1 on PFD.

    69 -   1  11/03/05     USM Return of svc on writ of execution re: DEF 1 on PFD on 4/08/05 in
                           the amt of $831.76.

    70 -   1  11/18/05     [Re: DEF 1] PLF 1 motion to release attached PFD funds.
```