```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )
                               )
       vs.                     )
                               )
SALLY BINKOWSKI,               )
                               )   No. 3:99-cr-0083-HRH
                  Defendant.   )
_____)
```

## ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

The attached funds, in the amount of $1,092.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward defendant's criminal restitution.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>22nd</u> day of January, 2007.

                                /s/ H. Russel Holland
                                United States District Judge

---

[1] Clerk's Docket No. 73.

- 1 -