IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )
                                   )
SALLY BINKOWSKI,                   )
                                   )        No. 3:99-cr-0083-HRH
                    Defendant.     )
_____)

ORDER TO RELEASE ATTACHED PFD FUNDS

        Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

        The attached funds, in the amount of $1,640.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward defendant's criminal restitution.

        IT IS SO ORDERED.

        DATED at Anchorage, Alaska, this 28th day of February, 2008.


                              /s/ H. Russel Holland
                              United States District Judge

---

[1]Clerk's Docket No. 76.

- 1 -